AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 8 U.S.C. § 1324(a)(1)(A)(iii) (Alien Harboring)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

*E-filing*

PENALTY: Count 1: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; and forfeiture including, but not limited to the sum of $164,061.00

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ CLIFFORD WONG, a/k/a John Wong

DISTRICT COURT NUMBER
**CR 08  0288**

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   P. AXELROD/L. BEELER

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome of this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:        Before Judge:

Comments:

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

---- OFFENSE CHARGED ----

Count 1: 8 U.S.C. § 1324(a)(1)(A)(iii) (Alien Harboring)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1: 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; and forfeiture including, but not limited to the sum of $164,061.00

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

DEFENDANT - U.S.
▶ YOUNG SANG PARK, a/k/a Sandy, a/k/a Cindy

DISTRICT COURT NUMBER
CR 08 0288 JSW

---- PROCEEDING ----

Name of Complainant Agency, or Person (& Title, if any)
ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
  } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
  } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): P. AXELROD/L. BEELER

---- DEFENDANT ----

**IS *NOT* IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)
NDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332) |
| 2 | United States Attorney |

FILED
08 MAY -2 AM 11:07

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 08  0288 |
| Plaintiff, | ) | VIOLATION: 8 U.S.C. § 1324(a)(1)(A)(iii) – Alien Harboring |
| v. | ) | SAN FRANCISCO VENUE  JSW |
| CLIFFORD WONG, | ) | |
| a/k/a John Wong, and | ) | |
| YOUNG SANG PARK, | ) | |
| a/k/a Sandy, | ) | |
| a/k/a Cindy, | ) | |
| Defendants. | ) | |

INFORMATION

The United States Attorney charges:

COUNT ONE: (8 U.S.C. § 1324(a)(1)(A)(iii) – Alien Harboring)

1. On or about June 30, 2005, in the Northern District of California, the defendants,

CLIFFORD WONG,
a/k/a John Wong, and
YOUNG SANG PARK,
a/k/a Sandy,
a/k/a Cindy,

knowingly and in reckless disregard of the fact that an alien came to, entered, and remained in the United States in violation of law, did conceal, harbor, and shield from detection that alien, Jane Doe 1, in Rainbow Spa, located at 461 Bush Street, San Francisco, California.

All in violation of Title 8, United States Code, Section 1324 (a)(1)(A)(iii).

INFORMATION

FORFEITURE ALLEGATION: (18 U.S.C. § 982(a)(6)(A))

2. The allegations contained in Count One of this Information are realleged as though fully set forth herein.

3. As a result of the offense alleged in Count One, above, the defendants

CLIFFORD WONG,
a/k/a John Wong, and
YOUNG SANG PARK,
a/k/a Sandy,
a/k/a Cindy,

shall forfeit to the United States all property constituting, or derived from, said offense, including, but not limited to, the sum of $164,061 that was seized from 260 Buckingham Way, Apartment #204, San Francisco, California, on June 30, 2005.

4. If, as a result of any act or omission of the defendants, any of said property

    a.    cannot be located upon the exercise of due diligence,

    b.    has been transferred or sold to, or deposited with, a third person,

    c.    has been placed beyond the jurisdiction of the Court,

    d.    has been substantially diminished in value, or

    e.    has been commingled with other property that cannot be divided without difficulty,

the defendant shall forfeit any and all interest that the defendant has in any other property, not to exceed the value of the property subject to forfeiture under this provision.

DATED: 1-7-05

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
AUSA Axelrod
AUSA Beeler

INFORMATION          2