1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division

4  PETER B. AXELROD (CSBN 190843)
   LAUREL BEELER (CSBN 187656)

5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102

7      Telephone: (415) 436-6774
       Facsimile: (415) 436-7234

8      E-Mail: Peter.Axelrod@usdoj.gov
                Laurel.Beeler@usdoj.gov

9

   Attorneys for United States

10

                    UNITED STATES DISTRICT COURT

11

                  NORTHERN DISTRICT OF CALIFORNIA

12

                     SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )    No. CR 05-00395 CRB
                                     )    [Filed June 23, 2005]
15          Plaintiff,               )
                                     )
16                                   )
        v.                           )
17                                   )
    YOUNG JOON YANG, et al.,         )
18                                   )
            Defendants               )
                                     )
19  ─────────────────────────────── )    No. CR 08-0288 JSW
                                     )    [Filed May 2, 2008]
20  UNITED STATES OF AMERICA,        )
                                     )
        Plaintiff,                   )
21                                   )    UNITED STATES' NOTICE OF
                                     )    RELATED CASE IN A CRIMINAL
22      v.                           )    ACTION
                                     )
23  CLIFFORD WONG, and              )
    YOUNG SANG PARK,                 )    (San Francisco Venue)
                                     )
24          Defendants.              )
                                     )
25  ─────────────────────────────── )

26

27          The United States hereby notifies the Court that the two above-captioned criminal cases

    are related, pursuant to Criminal Local Rule 8-1.

28

RELATED CASE NOTICE
[CR 05-00395 CRB, CR 08-0288 JSW]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## I.  DESCRIPTION OF CASES

**1.    United States v. Young Joon Yang et al., CR 05-00395 CRB**

On June 23, 2005, a grand jury returned an indictment against 29 people in United States v. Young Joon Yang et al., CR 05-00395 CRB (hereinafter Yang Indictment).  The six-count indictment includes a variety of offenses related to the employment and harboring of aliens for purposes of prostitution, including, inter alia, alien harboring (8 U.S.C. § 1324) and money laundering (18 U.S.C. § 1956).  The indictment was part of Operation Gilded Cage, a multi-agency investigation related to, inter alia, the operation of numerous Bay Area brothels employing illegal aliens as prostitutes.[1]

**2.    United States v. Clifford Wong, et al., CR 08-0288 JSW**

On May 2, 2008, the United States Attorney's Office file a single-count information with a forfeiture allegation against Clifford Wong and Young Sang Park in United States v. Clifford Wong et al., CR 08-0288 JSW.  A copy of that information is attached as Exhibit 1.  The information charges Wong and Park with alien harboring (8 U.S.C. § 1324) related to the operation of a Bay Area brothel, Rainbow Spa, and it is based on the Gilded Cage investigation.  The United States has filed the information as part of an anticipated plea in this matter.

## II.  RELATIONSHIP OF THE CASES

Local Rule 8-1(b) defines cases as related in where "[b]oth actions appear likely to entail substantial duplication of labor if heard by different Judges or might create conflicts and unnecessary expenses if conducted before different Judges."  Here, the cases are related under this provision for a number of reasons.  First, both cases emanate from the same investigation, Gilded Cage, based on some of the same evidence and involving many of the same witnesses.  Further, having presided over related cases encompassing over 35 defendants from Gilded Cage,

---

[1]  Since the Yang indictment, the Court has related five other cases (U.S. v. Moore et al., CR 05-00447 CRB; U.S. v. Chang Kun Kim, CR 05-00613 CRB; U.S. v. Pang et al., CR 06-0101 CRB; U.S. v. Lau, CR 06-192 CRB; and U.S. v. Imsang Lee, CR 07-735 CRB) arising from the same investigation, Operation Gilded Cage.  The new case, U.S. v. Clifford Wong, et al., CR 08-0288 JSW, also arises from Operation Gilded Cage.

1    Judge Breyer is familiar with the facts and circumstances of that investigation.  Moreover,

2    because the parties anticipate a negotiated disposition and Judge Breyer has handled all of the

3    pleas and sentencings in this matter, it would likely entail a substantial duplication of labor for

4    another judge to get up to speed in the matter and it might result in conflicts in the record.  Thus,

5    the government believes that assignment of the two matters to a single judge is likely to conserve

6    judicial resources and promote the efficient administration of justice.

7

8    Date:   May 2, 2008                    Respectfully Submitted,

9                                           JOSEPH P. RUSSONIELLO

10

11                                           /S / PETER B. AXELROD
                                            PETER B. AXELROD
12                                           LAUREL BEELER
                                            Assistant U.S. Attorneys
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28