AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
2008 MAY -7  AM 11: 17

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

DISTRICT OF ――――――――

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

YOUNG SANG PARK
AKA Sandy, AKA Cindy

CASE NUMBER: CR-08-0288 CRB

I, _YOUNG SANG PARK_, the above named defendant, who is accused of

8 USC § 1324(a)(1)(A)(iii)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _MAY 7, 2008_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_YoungSangPark_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer