UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE CHARLES R. BREYER
Courtroom Clerk: Barbara Espinoza

**CRIMINAL PRETRIAL MINUTES**

Date: **May 7, 2008**

FILED
MAY - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Reporter: **Belle Ball**

Case No: CR-08-0288-02-CRB

DEFT: **YONG SANG PARK**
(X) Present

AUSA: Pete Axelrod
Korean Interpreter: Song Ae Park
USPO: _____

DEF ATTY: Adam Gasner

**REASON FOR HEARING** ___ Change of Plea/Sentencing _____

**RESULT** defendant placed under oath, enters a plea of guilty to the information. The Court accepts the plea and the defendant is adjudged guilty. All parties waive the preparation of a pre sentence report and the Court proceeds into sentencing. _____

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** _____ **for** _____

**JUDGMENT** three (3) years probation with home confinement of (ten) 10 months. Assessment fee: $100.00; Fine: waived; Forfeiture: $164,461.00 in U.S. currency _____

Notes: The Court stays the execution of home confinement until July 9, 2008. _____