05/15/2008 03:04 PM EST

Version 7.0.1

San Francisco

## Case Debt Type Payment Report
## U.S. Courts

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN308CR000288 | | US V WONG ET AL | | | | | | | |
| 001 | CLIFFORD WONG | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611018945 | 1 | PR | 100.00 | 05/07/2008 |
| 002 | YOUNG SANG PARK | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 34611018946 | 1 | PR | 100.00 | 05/07/2008 |
| | | | | | | Division Payment Total | | | 200.00 | |
| | | | | | | Grand Total | | | 200.00 | |

$100.00  SPECIAL ASSESSMENT
PAID IN FULL
CM 5-7-08

Page 1 of 1