UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0288 CRB |
| Plaintiff, ) | ORDER RE: RELEASE CONDITIONS |
| v. ) | |
| YOUNG SANG PARK, ) <br> a/k/a Sandy, ) <br> a/k/a Cindy, ) | |
| Defendant. ) | |

On September 1, 2009, defendant Yong Sang Park appeared before the Court (Magistrate Bernard Zimmerman) with the assistance of an interpreter for an initial appearance on a probation violation. Hugh Levine entered a general appearance as retained counsel for the defendant. Assistant United States Attorney Peter B. Axelrod appeared on behalf of the United States, and Probation Officer Noel Belton appeared on behalf of U.S. Probation.

The Court ordered the defendant released on the conditions of home detention with electronic monitoring that are currently in effect under the supervision of Officer Belton. The Court imposed the following additional condition: the defendant shall have no contact or

ORDER
CR 08-0288 CRB

1

communication with Chong Ye Kim, either directly or indirectly, except that defense counsel and/or an investigator working for defense counsel may contact Kim. Thus neither the defendant nor anyone acting on her behalf (except for defense counsel or a defense investigator) shall have any form of communication, including via telephone, computer (including email, social networking site, etc.), and/or in person with Kim.

IT IS SO ORDERED.

DATED: September 2, 2009

BERNARD ZIMMERMAN
United States Magistrate Judge

ORDER
CR 08-0288 CRB

2